THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
KENNETH BELCHER, Appellant.

Submitted January 3, 1949; decided January 13, 1949.

*Earle J. Wiley, District Attorney (Edward J. Poland* of
counsel), for motion.

*John P. Judge* opposed.

Motion denied.

IB CHR SONNESEN, Appellant, *v.* PANAMA TRANSPORT COMPANY,
Respondent.

Submitted January 3, 1949; decided January 13, 1949.

Motion by appellant for reargument denied, with $10 costs
and necessary printing disbursements. Motion by appellant
to amend remittitur denied upon the ground that the opinion
of this court shows that a Federal question was involved and
necessarily decided upon the appeal. [See 298 N. Y. 262.]

LONG PARK, INC., Suing for Itself and All Other Stockholders
of Trenton-New Brunswick Theatres Company Similarly
Situated, Appellant, *v.* TRENTON-NEW BRUNSWICK THEATRES
COMPANY et al., Defendants, and B. F. KEITH CORPORATION,
Respondent.

Submitted January 3, 1949; decided January 13, 1949.

Motion by appellant to amend remittitur denied, with $10
costs and necessary printing disbursements. [See 297 N. Y.
174.]